# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GARY ALLEN DENSMORE | ) INDICTMENT NOS. | 4:97-cr-118-1 |
| | | 4:97-cr-177-1 |
| | | 4:97-cr-188-1 |
| | INFORMATION NO. | 4:97-cr-178-1 |

## ORDER

Before the Court is the Government's Motion To Correct Clerical Error in Judgment against Defendant Densmore, pursuant to Federal Rule of Criminal Procedure 36. On December 4, 1997, following Defendant's plea of guilty to certain counts within the Indictment and Information Numbers listed above, the Court imposed a custodial sentence. The terms of the sentence also included that Defendant pay restitution in the amount of $28,516.16, as reflected in the Judgment and Commitment Order in this case.

According to the Government, the Judgment and Commitment Order should have reflected a restitution amount of $28,516.00, and the additional 16 cents reflected is an error. Upon review of the record, the Court agrees.

The Government's Motion [Doc. 20] is hereby **GRANTED**, so as to correct this mathematical error. The restitution total that applies and is imposed in this case is **$28,516.00**.

SO ORDERED, this 12th day of June, 2015.

William T. Moore, Jr.
Judge, U. S. District Court
Southern District of Georgia

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
JUN 12 2015
CLERK SO. DIST. OF GA.